# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SALAZAR SEGURA<br><br>Plaintiff(s),<br><br>v.<br><br>WAMU MORTGAGE PASS–THROUGH CERTIFICATES SERIES 2007–HY2 TRUST<br><br><br>Defendant(s). | CASE NO:<br>5:12–cv–02285–MMM–SP<br><br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br>(Pursuant to Local Rule 41) |

On <u>6/07/2013</u>, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>06/17/2013</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above–entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: July 18, 2013

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge